IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:18CR13-1 |
| | ) | 1:18CR38-1 |
| JASON DALE PARROTT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on April 9, 2019, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

Therefore, the Court need not make a de novo review, and the Magistrate Judge's Recommendation [1:18CR13-1, Doc. #47; 1:18CR38-1, Doc. #44] is hereby adopted.

IT IS THEREFORE ORDERED that the Garnishment Motion [1:18CR13-1, Doc. #41; 1:18CR38-1, Doc. #38] is GRANTED and that the Quash Motion [1:18CR13-1, Doc. #42; 1:18CR38-1, Doc. #39] is DENIED.

IT IS FURTHER ORDERED that Garnishee USAA Investment Management Company be ordered to sell assets in the defendant's brokerage account, to

generate proceeds to satisfy the garnishment, and to issue a check from the resulting proceeds not to exceed $165,891.09 (after assessment to and payment by the defendant of any taxes and penalties), payable to:

United States District Court
324 W. Market Street, Room 120
Greensboro, NC 27401

Reference No.: 1:18CR13-1 and 1:18CR38-1

This the 28th day of January, 2021.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge
